**Dismissed and Memorandum Opinion filed April 9, 2024**



**In The**

# Fourteenth Court of Appeals

## NO. 14-24-00007-CV

**TERRI JENKINS AND ANTWAN HENRY, Appellants**

**V.**

**LEPP CAPITAL LLC AND P.C.F. PROPERTIES IN TX LLC, Appellees**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1209359**

## MEMORANDUM OPINION

This appeal is from a judgment signed December 12, 2023. The clerk's record was filed February 13, 2024. The court reporter informed this court that there is no reporter's record. No brief has been filed.

On March 15, 2024, we issued a notice stating that unless appellants filed a brief within ten days the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.